UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 7633**

Jerrold Eugene Dubose
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jane Doe - Dentist
Manhattan Psychiatric Center
Nurse Sonny Doe
Nurse Jane Saville
Doctor Burgious (et al)
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

2012 OCT 11  A 10: 13
RECEIVED
SDNY PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Jerrold Eugene Dubose
            ID #   702233
            Current Institution   Kirby Forensic Psychiatric Center
            Address   600 E 125th St

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                         3

Defendant No. 1   Name **Jane Doe - Dentist**   Shield #_____
Where Currently Employed **Manhattan Psychiatric Center**
Address **600 E 125th St**
**Wards Island NY 10035**

Defendant No. 2   Name **Nurse Sonny Doe**   Shield #_____
Where Currently Employed **MPC**
Address **600 E 125th St**
**Wards Island, NY 10035**

Defendant No. 3   Name **Nurse Jane Saville**   Shield #_____
Where Currently Employed **MPC**
Address **600 E 125th St**
**Wards Island, NY 10035**

Defendant No. 4   Name **Doctor Borgious (sic)**   Shield #_____
Where Currently Employed **MPC**
Address **600 E 125th St**
**Wards Island, NY 10035**

Defendant No. 5   Name **Doctor John Doe**   Shield #_____
Where Currently Employed **MPC**
Address **600 E 125th St**
**Wards Island, NY 10035**

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? **Manhattan Psychiatric Center**

B.  Where in the institution did the events giving rise to your claim(s) occur? **Dentist Office & Dulap SB**

C.  What date and approximate time did the events giving rise to your claim(s) occur? **On or About October 2011**

D. Facts:

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

On or about August, 2011 I had a bad toothache the dentist put a filling in. On or about Sept. 2011 the filling cracked my tooth. Instead of removing the tooth, the dentist put a filling on a cracked tooth, which became infected to the point of excruciating pain. Nurse Sunny & nurse Sayville ignored my plea for something stronger than tylenol to ease my pain. Dr. Bugious gave me a psycotropic needle whenever I complained of my toothache.

As of todays date the tooth has not been extracted for I am leery about going to a dentist that caused me so much pain in the first place.

Futhermore when nurse Sunny call Dr. John Doe, he was told to ignore my plea for mutton in order to alluiate my pain & suffering.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them, and state what medical treatment, if any, you required and received. pain & suffering, tooth pain, infection in the mouth area, mental & physical duress, insomnia as a result of excruciating pain lasting from Oct 2011 — to November 2011

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010                                   5

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Manhattan Psychiatric Center 600 E 115th St Wards Island, NY 10035

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? with the team (treatment)

1. Which claim(s) in this complaint did you grieve? The fact that I had a bad toothache & facility did not give med Att.

2. What was the result, if any? None

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I didn't take any Appeal steps because there is no one to Appeal to.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

Rev. 05/2010

6

_____
_____ N/A _____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____
_____ N/A _____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I sent a letter to the mental Health legal Services & exhausted my remedy as far as the grievance procedure is concerned which was speaking with the Dunlap SB team that ended with no residue
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Pain & suffering $1,000,000
mental Anguish - $1,000,000
Negligence - $500,000
mental damage $1,000,000
Declartory relief $125,000
punative damages $150,000
_____
_____
_____
_____

Rev. 05/2010

7

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

 Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff _____N/A_____

 Defendants _____

 2. Court (if federal court, name the district; if state court, name the county) _____

 3. Docket or Index number _____

 4. Name of Judge assigned to your case _____

 5. Approximate date of filing lawsuit _____

 6. Is the case still pending? Yes ____ No ____
    If NO, give the approximate date of disposition _____

 7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff __Jerrold E. Dubose__ N/A

 Defendants __DMH (Et Al)__ N/A

 2. Court (if federal court, name the district; if state court, name the county) __Southern District of New York 500 Pearl St. 10007__

 3. Docket or Index number __12 Civ 586 (LAP)__

 4. Name of Judge assigned to your case __Loretta Preska__

 5. Approximate date of filing lawsuit __8-30-12__

 6. Is the case still pending? Yes ✓ No ____
    If NO, give the approximate date of disposition _____

Rev. 05/2010                                    8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Still pending__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __October__, 20__12__.

Signature of Plaintiff __Jarrold E. Dunlope © Auth Rep__
Inmate Number __702233__
Institution Address __Kirby Forensic Psychiatric Center 600 E 125th St Wards Island, NY 10035__

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __5__ day of __October__, 20__12__ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __Jarrold E. Dunlope © Auth Rep__
UCC 1-207

Jerrold E. Dubose @ Auth Rep
c/o KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND
NEW YORK, NEW YORK [10035-6095]

RD E
10/10/12

Non-Federal
Non-Domestic

Clerk
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

SDNY

Equality FOREVER 2012